# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson** County and elsewhere | ☐ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name        David Bramlett (01)
Alias Name
Birthdate             October 21, 1988

**Related Case Information**
Superseding Indictment/Information  ☒ Yes  ☐ No   if yes, original case number 23-CR-00272-SRB
New Defendant                       ☐ Yes  ☒ No
Prior Complaint Case Number, if any 23-MJ-00148-LMC (WBG)
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Joe Marquez

**Interpreter Needed**
☐ Yes       Language and/or dialect _____
☒ No

**Location Status**
Arrest Date  12/07/2023
☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required       ☐ Yes  ☒ No
Warrant Required    ☐ Yes  ☒ No

**U.S.C. Citations**
Total # of Counts     5

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841A=CD.F/6801/4 | Conspiracy to Distribute Methamphetamine and Fentanyl | 1 |
| 2 | 21:841A=CD.F/6801/4 | Possession of a Controlled Substance with the Intent to Distribute, Methamphetamine | 2 |
| 3 | 21:841A=CD.F/6801/4 | Possession of a Controlled Substance with the Intent to Distribute, Methamphetamine and Fentanyl | 3 |

| 4 | 18:924C.F/7830/4 | Possession of Firearms and Drug Trafficking | 4 |
| 5 | 18:922G.F/7830/4 | Felon in Possession of a Firearm | 6 |
| 6 | 21:853.F/6911/4 | Criminal Forfeiture Allegation | FA |

(May be continued on reverse)

Date  6/27/2024                    Signature of AUSA  */s/ Joseph M. Marquez*