# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western <br> ☐ Central <br> ☐ Southwestern | ☐ St. Joseph <br> ☐ Southern | **Jackson** <br> County and elsewhere | ☐ Secret Indictment <br> ☐ Juvenile |

**Defendant Information**
Defendant Name    Jacob Molloy (02)
Alias Name
Birthdate    08/28/1992

**Related Case Information**
Superseding Indictment/Information  ☒ Yes  ☐ No  if yes, original case number 23-CR-00272-SRB
New Defendant  ☒ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA  Joseph M. Marquez

**Interpreter Needed**
☐ Yes    Language and/or dialect _____
☒ No

**Location Status**
Arrest Date  January 4, 2024
☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required  ☐ Yes  ☒ No
Warrant Required  ☐ Yes  ☒ No

**U.S.C. Citations**
Total # of Counts    5

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841A=CD.F/6801/4 | Conspiracy to Distribute Methamphetamine and Fentanyl | 1 |
| 2 | 21:841A=CD.F/6801/4 | Possession of a Controlled Substance with the Intent to Distribute, Methamphetamine and Fentanyl | 3 |
| 3 | 18:924C.F/7830/4 | Possession of Firearms and Drug Trafficking | 5 |
| 4 | 21:841A=CD.F/6801/4 | Possession of a Controlled Substance with the Intent to Distribute, Methamphetamine and Fentanyl | 7 |
| 5 | 18:922G.F/7830/4 | Felon in Possession of a Firearm | 8 |

| 6 | 21:853.F/6911/4 | Criminal Forfeiture Allegation | FA |

(May be continued on reverse)

Date  06/27/2024  Signature of AUSA  /s/Joseph M. Marquez