# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ Western | ☐ St. Joseph | **Jackson** | ☐ Secret Indictment |
| ☐ Central | ☐ Southern | County and elsewhere | ☐ Juvenile |
| ☐ Southwestern | | | |

**Defendant Information**
Defendant Name      Jeremy Mayberry (09)
Alias Name
Birthdate               November 16, 1992

**Related Case Information**
Superseding Indictment/Information  ☑ Yes  ☐ No  if yes, original case number 23-CR-00272-SRB
New Defendant                                   ☑ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Joseph M. Marquez

**Interpreter Needed**
☐ Yes       Language and/or dialect _____
☑ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody           Writ Required      ☐ Yes  ☑ No
☐ Currently on Bond                         Warrant Required  ☑ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts ____1____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841A=CD.F/6801/4 | Conspiracy to Distribute Methamphetamine and Fentanyl | 1 |
| 2 | | | |
| 3 | | | |

(May be continued on reverse)

Date  6/27/2023                    Signature of AUSA   /s/ Joseph M. Marquez