# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

| **Division of Filing**<br>☑ **Western**<br>☐ **Central**<br>☐ **Southwestern** | ☐ **St. Joseph**<br>☐ **Southern** | **Place of Offense**<br><u>Jackson</u><br>**County and elsewhere** | **Matter to be Sealed**<br>☐ **Secret Indictment**<br>☐ **Juvenile** |
|---|---|---|---|

**Defendant Information**

Defendant Name     <u>Brian M. Wood (11)</u>

Alias Name

Birthdate     <u>February 25, 1997</u>

**Related Case Information**

Superseding Indictment/Information ☑ Yes ☐ No if yes, original case number 23-CR-00272-SRB

New Defendant     ☑ Yes ☐ No

Prior Complaint Case Number, if any _____

Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**

AUSA <u>Joseph M. Marquez</u>

**Interpreter Needed**

☐ Yes

    Language and/or dialect _____

☑ No

**Location Status**

Arrest Date _____

☐ Currently in Federal Custody

☐ Currently in State Custody        Writ Required    ☐ Yes ☑ No

☐ Currently on Bond        Warrant Required    ☑ Yes ☐ No

**U.S.C. Citations**

Total # of Counts _____1_____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841A=CD.F/6801/4 | Conspiracy to Distribute Methamphetamine and Fentanyl | 1 |
| 2 | | | |
| 3 | | | |

(May be continued on reverse)

Date   <u>6/27/2023</u>        Signature of AUSA   <u>*/s/ Joseph M. Marquez*</u>