UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ Western ☐ St. Joseph | ☐ Southern | **Jackson** County and elsewhere | ☐ Secret Indictment ☐ Juvenile |
| ☐ Central | | | |
| ☐ Southwestern | | | |

**Defendant Information**
Defendant Name    Cody King (13)
Alias Name
Birthdate    June 5, 1992

**Related Case Information**
Superseding Indictment/Information ☑ Yes ☐ No if yes, original case number 23-CR-00272-SRB
New Defendant ☑ Yes ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Joseph M. Marquez

**Interpreter Needed**
☐ Yes    Language and/or dialect _____
☑ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required ☐ Yes ☑ No
Warrant Required ☑ Yes ☐ No

**U.S.C. Citations**
Total # of Counts    1

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841A=CD.F/6801/4 | Conspiracy to Distribute Methamphetamine and Fentanyl | 1 |
| 2 | | | |
| 3 | | | |

(May be continued on reverse)

Date   6/27/2023      Signature of AUSA   /s/ Joseph M. Marquez